UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRITZ K. RATCLIFFE,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                Defendant. | Case No. C19-516-BJR-MLP<br><br>REPORT AND RECOMMENDATION |

       Proceeding *pro se*, Plaintiff has filed a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. By letter dated April 11, 2019, Plaintiff was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. # 3.) Plaintiff was advised that failure to respond to the letter by May 13, 2019, could result in dismissal of the case. (*Id.*)

       To date, Plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1    Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this
3  Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure
4  to file objections within the specified time may affect your right to appeal. Objections should be
5  noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are
6  served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days
7  after service and filing of objections. If no timely objections are filed, the matter will be ready
8  for consideration by the District Judge on the date that objections were due.

9    Dated this 23rd day of May, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2