UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRITZ K. RATCLIFFE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 2:19-cv-00516-BJR

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. No. 4, the lack of objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and Judge Peterson.

Dated this 3rd day of July, 2019.

BARBARA J. ROTHSTEIN
United States District Judge

ORDER OF DISMISSAL - 1